IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 2:23-cr-243 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| EVAN BUCCI | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, EVAN BUCCI, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

April  11 , 2023

I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY


By: s/Katherine Orville
    _____
    Katherine Orville (#13332)
    Assistant United States Attorney
    151 Meeting Street
    Charleston, South Carolina 29402
    Telephone: (843) 727-4381
    Email: Katherine.orville@usdoj.gov