AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
A.M. 7:00 APR 12, 2023

U.S. MARSHALS SERVICE
COLUMBIA, SOUTH CAROLINA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:23-cr-00243 |
| | ) | |
| EVAN BUCCI | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EVAN BUCCI,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1) ; Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2); Title 18, United States Code, Sections 2251(a) and 2251(e); Title 18, United States Code, Section 2422(b)

s/Elena Graham

Receipt of Child Pornography, Possession of Child Pornography, Sexual Exploitation of Children, Coercion and Enticement of a Minor

Date: April 11, 2023

City and state: Charleston, SC

s/Elena Graham
Deputy Clerk
*Issuing officer's signature*

s/Robin L. Blume
Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* April 12, 2023, and the person was arrested on *(date)* 06-03-2023
at *(city and state)* Newark, NJ.

Date: 06-30-2023

Arrested by HSI SA Craig Ulicni
*Arresting officer's signature*

By: C. Wolf, SDUSM
*Printed name and title*